UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ELIZABETH MANUEL,
   Plaintiff,

v.

THE STATE OF NEW YORK; KENNETH
MAINE, Correction Officer; and ANTHONY
LORENZO, Correction Officer,
   Defendants.
------------------------------------------------------------x

**ORDER**

18 CV 11820 (VB)

  On December 13, 2019, defendants moved to dismiss the complaint. (Doc. #15). Plaintiff's opposition to the motion was thus due December 30, 2019. See Local Rule 6.1(b); Fed. R. Civ. P. 6(d).

  Plaintiff failed to file an opposition by December 30, 2019. Thus, the Court sua sponte extended plaintiff's time to oppose defendants' motion to February 6, 2020. The Court warned plaintiff that if she failed to respond to the motion by February 6, 2020, the Court would deem the motion fully submitted and unopposed.

  To date, plaintiff has failed to oppose defendants' motion or seek further time in which to do so. Accordingly, the Court deems the motion fully submitted and unopposed.

  The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore in forma pauperis status is denied for the purposes of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444–45 (1962).

  The Clerk is directed to mail a copy of this Order to plaintiff at the address on the docket.

Dated: February 14, 2020
   White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge